UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| TIMOTHY C. RICHARD,<br><br>    Petitioner,<br><br>  v.<br><br>HARTLEY, (Warden),<br><br>    Respondent. | Case No. EDCV 08-00043 R (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Memorandum and Order Summarily Dismissing Successive Petition for Writ of Habeas Corpus for Failure to Obtain Prior Authorization from the Ninth Circuit.

DATED: Jan 23, 2008

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE